IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

EDWARD JOHNSON,

        Petitioner,

vs.

UNITED STATES OF AMERICA,

        Respondent.

CIVIL ACTION NO.: CV206-016

## ORDER

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed a "Timely Notice of Preservation of Blakely/Booker Claim Pursuant to Writ of Habeas Corpus." As this "notice" presents no issue for the Court to rule upon, the Clerk is authorized and directed to close this civil action.

**SO ORDERED**, this _____ day of _____, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)